FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0637

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0637

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MARK MENDOZA,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 14-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 5, 2020, within which to prepare, serve, and file the State's response.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020